*Witzke v. Bouchard, et al*.
Case No. 22-cv-13070

**INDEX OF EXHIBITS**

**Exhibits**

1. State Appellate Court Motion for Sanctions

2. State Appellate Court Complaint for Writ of Superintending Control

3. January 17, 2023 Letter to Plaintiff from State Bar of Michigan

4. January 23, 2023 Letter to State Bar of Michigan from Plaintiff

5. January 26, 2023 Order of the State Circuit Court

6. *Johnson v. Disability*, E.D. Mich. No. 22-10327 (Feb. 16, 2023)

7. *Clemons v. Dewine*, 6th Cir. No. 19-3033 (May 1, 2019)