*Witzke v. Bouchard, et al.*
Case No. 22-cv-13070

# EXHIBIT 3

# January 17, 2023 Letter to Plaintiff from State Bar of Michigan

**SBM** STATE BAR OF MICHIGAN

p (517) 346-6300  Michael Franck Building   www.michbar.org
p (800) 968-1442  306 Townsend Street
f (517) 482-6248  Lansing, MI 48933-2012

January 17, 2023

Mr. Scott Andrew Witzke
336 N. Saginaw Street
Pontiac, MI 48342

RE:  Unauthorized Practice of Law Inquiry
     UPL File No: 22-UP-77

Dear Mr. Witzke:

The State Bar of Michigan has received a complaint alleging that you may be providing legal services and advice to third parties. The allegations include that you are drafting pleadings on behalf of individuals and filing those pleadings in various courts, sometimes without their knowledge or consent. According to the records of the State Bar of Michigan you are not a licensed attorney. This letter is to advise you that only licensed attorneys may provide legal services, advice, and act as intermediaries in legal matters on behalf of another person or entity.

The Supreme Court of Michigan has authorized and empowered the State Bar of Michigan to investigate matters pertaining to the unauthorized practice of law and with the authority of its Board of Commissioners, to file and prosecute actions and proceedings with regard to such matters (Rule 16 of the Supreme Court Rules Concerning the State Bar of Michigan). All states prohibit the unauthorized practice of law by statute, court rule, and/or case law to protect the public by ensuring that legal services are offered only by persons whose professional competence, conduct, and integrity have been duly regulated under state law.

On behalf of the State Bar Committee on the Unauthorized Practice of Law, we request your cooperation and written response no later than 21 days after the date of this letter explaining your services and why you believe they do not constitute the unauthorized practice of law in Michigan.

Sincerely,

*Katherine S. Gardner*

Katherine S. Gardner
UPL Counsel
Direct Dial: (517) 346-6305
Email: kgardner@michbar.org