*Witzke v. Bouchard, et al.*
Case No. 22-cv-13070

# EXHIBIT 5

# January 26, 2023 Order of the State Circuit Court

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

PEOPLE OF THE STATE OF MICHIGAN,

                    Plaintiff,

v                                        CR   2020-274746-FC
                                          HON.  YASMINE POLES

RAUL CONTRERAS,

                    Defendant.
_____/

KAREN D. McDONALD (P59083)
OAKLAND COUNTY PROSECUTING ATTORNEY
1200 NORTH TELEGRAPH ROAD
PONTIAC, MI 48341

FREDERICK J. MILLER (P41207)
ATTORNEY FOR DEFENDANT
P.O. BOX 349
METAMORA, MI  48455
_____/

### ORDER GRANTING THE PEOPLE'S MOTION TO PRECLUDE DEFENDANT FROM HAVING CONTACT WITH SCOTT WITZKE

      This matter having come before the Court on the People's Motion to Preclude Defendant From Having Contact with Scott Witzke, and oral argument having been heard; IT IS HEREBY ORDERED that the People's Motion is GRANTED.  Defendant is to have no contact with Scott Witzke, either direct or through a third party.

*/s/ Cynthia A. Brown*
_____
Cynthia A. Brown (P 57863)
Assistant Prosecuting Attorney

*/s/ Frederick J. Miller*
_____
Frederick J. Miller (P41207)
Attorney for Defendant

DATE: __1/26/2023_____

*/s/ Yasmine I. Poles*
_____
HON. YASMINE I. POLES
CIRCUIT COURT JUDGE

mz