*Witzke v. Bouchard, et al*.
Case No. 22-cv-13070

# INDEX OF EXHIBITS

1. *Garner v. Select Portfolio Servicing, et al.,* Case No. 15-10377, 2017 U.S. Dist. LEXIS 30172 (E.D. Mich. Mar. 3, 2017)

2. *Gray v. City of Detroit*, Case No. 18-12146, 2020 U.S. Dist. LEXIS 26839 (E.D. Mich. Feb. 18, 2020)