*Witzke v. Bouchard, et al*.
Case No. 22-cv-13070

# INDEX OF EXHIBITS

1.   *Childress v. Michalke*, Case No. 10-cv-11008, 2012 U.S. Dist. LEXIS 169139 *7 (E.D. Mich. Nov. 29, 2012)

2.   *Lewis-El v. Parker,* Case No. 11-cv-14472, 2014 U.S. Dist. LEXIS 159721 *10-*11 (E.D. Mich. Nov. 13, 2014)