UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

      Plaintiff,                      Case No. 22-13070

vs.                                    HON. MARK A. GOLDSMITH

MICHAEL J. BOUCHARD, et al.,

      Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the opinion and order entered on today's date. The case is closed except for consideration of Plaintiff's motion for sanctions (Dkt. 44) and Plaintiff's motion to strike Defendants' response (Dkt. 47).

SO ORDERED.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                       By:    s/Karri Sandusky
                               DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2023

1