UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Scott Andrew Witzke [E–Filer],

                Plaintiff(s),

v.                                          Case No. 2:22–cv–13070–MAG–CI
                                           Hon. Mark A. Goldsmith

Michael J. Bouchard, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Curtis Ivy Jr. for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

        Motion for Sanctions – #44
        Motion to Strike – #47

                                          s/Mark A. Goldsmith
                                          Mark A. Goldsmith
                                          United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          s/K Sandusky
                                          Case Manager