UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v

MICHAEL J. BOUCHARD, et al.,

    Defendants.

Case No. 22-cv-13070

HON. MARK A. GOLDSMITH
MAG. JUDGE CURTIS IVY, JR.

| | |
|---|---|
| **SCOTT ANDREW WITZKE**<br>**Plaintiff,** *pro se*<br>336 N. Saginaw St.<br>Pontiac, MI 48342<br>Telephone: (734) 496-5895<br>Facsimile: (734) 823-1325<br>Email: scottawitzke@gmail.com | **OAKLAND COUNTY CORP. COUNSEL**<br>By:  **Aaron C. Thomas (P55114)**<br>      **Nicole B. Tabin (P73685)**<br>      **Brooke Elizabeth Tucker (P79776)**<br>      **Attorneys for Defendants**<br>1200 N. Telegraph Rd., Dep't 419, Bldg. 14E<br>Pontiac, MI 48341<br>Telephone: (248) 858-0550<br>Email: thomasa@oakgov.com<br>       tabinn@oakgov.com<br>       tuckerbe@oakgov.com |

## **NOTICE OF APPEAL**

**TAKE NOTICE** that Plaintiff, Scott Andrew Witzke, *pro se*, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment of the district court entered June 9, 2023 (ECF No. 51) (*see* attached), and the basis for jurisdiction over the appeal is 28 U.S.C. § 1291.

Dated at Pontiac, MI this
16th day of June, 2023

_____
SCOTT ANDREW WITZKE, *pro se*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

        Plaintiff,

vs.

MICHAEL J. BOUCHARD, et al.,

        Defendants.
_____/

Case No. 22-13070

HON. MARK A. GOLDSMITH

## JUDGMENT

Judgment is entered in accordance with the opinion and order entered on today's date. The case is closed except for consideration of Plaintiff's motion for sanctions (Dkt. 44) and Plaintiff's motion to strike Defendants' response (Dkt. 47).

SO ORDERED.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                          By:    s/Karri Sandusky
                                  DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2023

1